685 A.2d 1384

**William L. MARSHALL, Appellant,**

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.**

**No. 081 Middle District Appeal Docket, 1996.**

Supreme Court of Pennsylvania.

Nov. 18, 1996.

### *ORDER*

PER CURIAM.

AND NOW, this **18th** day of **November, 1996,** Appellant's Motion for Leave to File Supplement to Jurisdictional Statement is granted; the direct appeal is quashed.